UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH SINGH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER<br>CORPORATION et al,<br>          Defendants. | CASE NO.  1:05 CV-01391-REC-DLB |

**STIPULATED PROTECTIVE ORDER**

It is hereby stipulated and agreed, by and between the respective parties hereto and their counsel, that Defendant DaimlerChrysler Corporation will produce for discovery and inspection, the documents that DaimlerChrysler Corporation agreed to produce in its written responses pursuant to the following stipulations.  Because the materials referred to above may be privileged, confidential, proprietary, or contain trade secrets, the discovery and inspection will be conducted pursuant to the following terms, restrictions and conditions.

1. In responding to written discovery, DaimlerChrysler Corporation may designate as "protected" or "subject to protection agreement" or with a similar designation any portion of its responses or documents produced that contain trade secrets

or other confidential research, development or commercial information or which is otherwise considered protected under applicable law. Testimony and other information based upon documents so designated shall be considered protected and subject to this Protective Order

2. Information contained therein shall be disclosed only to counsel of record in this action or only to individuals certified by such counsel as employed by or assisting counsel in preparation for, or at the trial of, this action.

3. Any such documents or information shall be used only for the purpose of prosecuting this action.

4. Any person or firm to whom such documents or information contained therein is to be disclosed shall first be advised by counsel making disclosure that, pursuant to this Protective Order, such person or firm may not divulge any such information to any other person.

In the event that any document or the information contained therein is included with, or the contents thereof are in any way disclosed, in any pleading, motion, deposition transcript or other paper filed with Clerk of any Court, the party filing or lodging such confidential documents or information shall apply to the Court for an Order permitting the pleading or confidential portion thereof to be filed under seal.  Once leave of Court is obtained the filing party shall place only the confidential documents and pages of pleadings, motions, or transcripts containing confidential information in a sealed envelope marked with the legend "Confidential — Not To Be Opened Except By Court Order Or Agreement Of All Counsel" and file them with the Clerk of the Court.

5.      The production of such documents or information by DaimlerChrysler Corporation shall not constitute a waiver of any privilege or other claim or right of withholding or confidentiality that it may have.

6.      Should Plaintiffs dispute the need for any particular document(s) or information to be entitled to protection pursuant to the Order, then within thirty (30) days following receipt of said document(s) Plaintiffs shall notify DaimlerChrysler Corporation, through its attorney, of such dispute, following which DaimlerChrysler Corporation shall have thirty (30) days to file a motion before the Court requesting a protective order.  Information or documents that are disputed pursuant to this paragraph will remain protected pending the Court's review and decision regarding this matter.

7.      Upon the termination of this action, all copies furnished by DaimlerChrysler Corporation to Plaintiffs or any other party to this action, together with all originals and copies of notes, sketches, data, compilations, extracts and reproductions furnished by DaimlerChrys1er Corporation, shall be returned to counsel for DaimlerChrysler Corporation, together with a letter from any counsel receiving documents pursuant to this Order stating that all documents and copies of such documents that were provided by DaimlerChrysler Corporation have been returned to DaimlerChrysler Corporation.

              /s/ *Dennis L. Beck*              
              U.S. MAGISTRATE JUDGE

DATED: This 15th day of May, 2006.

-3-

I APPROVE AS TO FORM AND SUBSTANCE

Attorneys for Plaintiffs,

By:_____/s/  John E. Sweeney_____
    John E. Sweeney
    John E. Sweeney & Associates
    2835 Townsgate Road, Suite 102
    Westlake Village, CA 91361
    (805)497-4909

Attorneys for Defendant, DaimlerChrysler Corporation

By:  \_\_\_\_\_*/s/ Micki S. Singer*_____
    Micki S. Singer
    John G. Gherini
    Sedgwick Detert Moran & Arnold
    16th Floor
    One Embarcadero Center
    San Francisco, CA 94111-3765
    (415) 781-7900