1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER (Bar No. 148699)
2  DENNIS E. RAGLIN (BAR NO. 179261)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorney for Defendant
6  DAIMLERCHRYSLER CORPORATION

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JAGDISH SINGH, et al., | **CASE NO. 1:05-CV-01391-REC-DLB** |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| DAIMLERCHRYSLER CORPORATION et al., | **[FRCP 41(a)(1)]** |
| Defendants. | |

17     IT IS HEREBY STIPULATED, by and between the parties to this action, through their

18 attorneys of record, that the entire action herein, including the Complaint filed by plaintiffs against

19 defendant DAIMLERCHRYSLER CORPORATION ("DCC") be dismissed with prejudice

20 pursuant to FRCP 41(a)(1).

21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ///

SF/1361734v1

-1-
**STIPULATION OF DISMISSAL OF ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: __October 6, 2006_____ | LAW OFFICES OF JOHN E. SWEENEY |
| | |
| | By_____/s/_____ |
| |   JOHN E. SWEENEY |
| |   Attorneys for Plaintiffs |
| | |
| Dated: _____ | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | |
| | By_____/s/_____ |
| |   DENNIS E. RAGLIN |
| |   MICKI S. SINGER |
| |   Attorneys for Defendant |
| |   DAIMLERCHRYSLER CORPORATION |

### **ORDER**

Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, including the Complaint be, and hereby is, DISMISSED WITH PREJUDICE.

Dated: 11/20/2006

        /s/ Oliver W. Wanger
        United States District Judge